## 32570. KRONZ v. HOPPER.

The trial court did not err in remanding the
appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED MARCH 8, 1978.

Robert L. Kronz, *pro se.*
*Arthur K. Bolton, Attorney General, Susan v. Boleyn,
Staff Assistant Attorney General,* for appellee.